STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: elizabeth_falk@fd.org

Counsel for Defendant CARIGNAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 15-00003 VC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION HEARING AND FOR EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| CHRIS CARIGNAN, | ) | |
| Defendant. | ) | |

The parties in this case stipulate to Defendant's request for additional time to file his motion to suppress evidence. The purpose of the request is to allow the defendant and his counsel time to communicate about the final motion and accompanying declarations. The government has no opposition to the defendant's request for additional time, and does not request additional time to file the response at this juncture. Accordingly, defendant's request would not alter the existing briefing schedule or hearing date.

Accordingly, were the Court to grant the request, the briefing schedule would be altered as to the opening motion only:

    Motion Due:        June 11, 2015

    Response Due:    July 7, 2015    (UNCHANGED)

    Reply Due:        July 14, 2015   (UNCHANGED)

    Motion Hearing:   July 21, 2015 at 1:00 PM (UNCHANGED)

STIP. & [PROP.] ORDER EXCLUDING TIME
CR 15-00003 VC                         1

1  The parties concur that granting the exclusion of time between June 9, 2015 and June 11,
2  2015 would allow the reasonable time necessary for effective preparation of counsel. *See* 18
3  U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting
4  such an exclusion of time up until the motion filing date for the purposes of effective preparation
5  of counsel and the defense outweigh the best interests of the public and the defendant in a speedy
6  trial. 18 U.S.C. § 3161(h)(7)(A).  The parties further agree that pursuant to 18 U.S.C §
7  3161(h)(1)(D), time will automatically be excluded from June 11 through July 21, 2015 because
8  the motion to suppress will be pending before the Court.

9  Accordingly, due to the reasons stated above, the parties jointly move to continue the date
10 that the opening brief is due on Defendant's Motion to Suppress from June 9, 2015 to June 11,
11 2015  and that the briefing schedule be ordered by the Court as stipulated above.  The parties
12 further agree that it is appropriate that time be excluded from June 9, 2015 to June 11, 2015 to
13 allow for the effective preparation of counsel.

14 IT IS SO STIPULATED:

15
                                    MELINDA HAAG
16                                  United States Attorney

17 DATED:  June 9, 2015             /s/ *Sheila Armbrust*
                                    SHEILA ARMBRUST
18                                  Assistant United States Attorney
19
20
21 DATED:  June 9, 2015             /s/ *Elizabeth Falk*
                                    ELIZABETH FALK
22                                  Assistant Federal Public Defender
                                    Attorney for Defendant Chris Carignan
23
24
25
26
27
28

STIP. & [PROP.] ORDER EXCLUDING TIME
CR 15-00003 VC                          2

## [~~PROPOSED~~] ORDER

For the reasons stated above, the Court hereby CONTINUES the due date for the opening motion from June 9, 2015, to June 11, 2015.  All other due dates for the responsive briefing, as well as the motion hearing date of July 21, 2015, shall remain unchanged.  The Court further finds that the exclusion from the time limits of this period applicable under 18 U.S.C. § 3161 is warranted from June 9, 2015, to June 11, 2015, and holds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.   The Court further finds that denying the requested exclusion of time would deprive the defendant effective preparation of counsel, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Between June 11 and July 21, 2015, this Court concurs that time is automatically excluded to allow the Court to review and rule on a pending motion.  *See* 18 USC § 3161(h)(1)(D).

IT IS SO ORDERED.

DATED: June 9, 2015

_____
VINCE CHHABRIA
United States District Judge