MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

SHEILA A.G. ARMBRUST (CABN 265998)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7246
    Fax: (415) 436-7027
    Email:  Sheila.Armbrust@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 15-00003 VC |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION BRIEFING SCHEUDLE AND TO CONTINUE MOTION HEARING |
| v. | ) ) | |
| CHRISTOPHER LEE CARIGNAN, | ) ) | |
| Defendant. | ) ) | |

    The parties in this case stipulate to the government's request for additional time to file its Opposition to the Defendant's Motion to Suppress Evidence and to continue the date for the motion hearing, which are made to accommodate government counsel's illness and travel plans.  The defendant has no opposition to the government's request for additional time, and the parties concur that this modification will extend the time for the defendant to file a reply brief in support of his Motion to Suppress Evidence.  Accordingly, should the Court grant these requests, the parties propose to continue the briefing schedule and motion hearing date as follows:

    Government's Opposition Due:  July 28, 2015

    Defendant's Reply Due:  August 4, 2015

    Motion Hearing:  August 18, 2015 at 1:00 PM

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
MOTION BRIEFING SCHEDULE AND TO CONTINUE MOTION HEARING
CR 15-00003VC

The defendant filed his Motion to Suppress Evidence on June 11, 2015, and thus time has been excluded automatically under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D).

Accordingly, for the reasons stated above, the parties jointly move to continue the briefing schedule and to continue the date for the Motion Hearing.

SO STIPULATED

DATED: July 7, 2015         MELINDA HAAG
                            United States Attorney

                            /s/
                            SHEILA A.G. ARMBRUST
                            Assistant United States Attorney

DATED: July 7, 2015

                            /s/
                            ELIZABETH FALK
                            Attorney for Defendant
                            Christopher Carignan

### [PROPOSED] ORDER

For the reasons stated above the Court hereby CONTINUES the date for the government to file an opposition to the Defendant's Motion to Suppress Evidence from July 7, 2015 to July 28, 2015 and CONTINUES the date for the defendant to file a reply in support of his Motion to Suppress Evidence from July 14, 2015 to August 4, 2015. The Court also CONTINUES the date for the hearing on the Motion to Suppress Evidence from July 21, 2015 to August 18, 2015. The Court concurs that, pursuant to 18 U.S.C. § 3161(h)(1)(D), time has been automatically excluded under the Speedy Trial Act to allow the Court to review and rule on a pending motion.

IT IS SO ORDERED

DATED: July 9, 2015                    _____
                                       THE HONORABLE VINCE CHHABRIA
                                       United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
MOTION BRIEFING SCHEDULE AND TO CONTINUE MOTION HEARING
CR 15-00003 VC