# UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

### Report on Person Under Supervision

**Person Under Supervision**  
Christopher Lee Carignan

**Docket Number**  
0971 3:15CR00003-001 VC

**Name of Sentencing Judge:** The Honorable Vince Chhabria
United States District Judge

**Date of Original Sentence:** July 19, 2016

**Original Offense:** Count One: Possession of Child Pornography, 18 U.S.C. § 22582(a)(4)(B), a Class C felony, Count Two: Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(C), a Class C felony.

**Original Sentence:** 60 months; followed by 10 years supervised release.
**Special Conditions:** Drug treatment; no alcohol; not possess or use computer whose internet activity cannot be monitored; CIMP; internet restrictions; computer search; no encryption; possess no materials; possess no pornography; no contact with minors within 100 feet; approved employment; no residence within vicinity of minors; sex offender treatment; no businesses with minors; register as a sex offender; search; computer search; use only approved computers; DNA; no firearms; $200 SPEC; $2500.00 restitution.

**Prior Form(s) 12:** On November 27, 2018, special conditions were modified to include four months of placement at a Residential Reentry Center (RRC) due to homelessness.

On July 7, 2022, special conditions were modified to include residing at the Residential Reentry Center (RRC) for 60 days due to possession of an unmonitored cell phone, consumption of methamphetamine, and two synthetic urine kits.

On April 3, 2023, special conditions were modified to include 120 days of GPS monitoring due to communicating with another person under supervision.

**Type of Supervision**  
Supervised Release  
**Assistant U.S. Attorney**  
Sheila Anil Gogate Armbrust

**Date Supervision Commenced**  
December 3, 2018  
**Defense Counsel**  
Sophia Whiting (AFPD)

RE:   Carignan, Christopher Lee                                                                                   2
      0971 3:15CR00003-001 VC

**Petitioning the Court to Take Judicial Notice**

**Cause**

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe the person under supervision violated special condition number one that states, in part, the defendant shall participate in a program of testing and treatment for drug abuse. |
| | On May 8, 2023, Mr. Carignan tested positive for methamphetamine. |
| | Specifically, on May 8, 2023, Mr. Carignan submitted to urinalysis, as directed. The sample submitted was confirmed positive for methamphetamine. |
| | Evidence in support of this charge is found in the Abbott Laboratories drug test report dated May 28, 2023. |

**Action Taken and Reason**

Mr. Carignan began his term of supervised release on December 3, 2018. Since Mr. Carignan's release from custody, he has struggled with abstaining from controlled substances, specifically methamphetamine. When discussing the May 8, 2023, positive urinalysis with Mr. Carignan, he denied using any controlled substances. Mr. Carignan believes the positive urinalysis results were caused by having promiscuous sexual encounters with individuals who may have been under the influence. Mr. Carignan's treatment providers have been notified and individual counseling sessions have been increased. Since May 8, 2023, all of Mr. Carignan's urinalysis have been negative for controlled substances. Therefore, it is respectfully requested that judicial notice be taken of the positive substance abuse test.

Respectfully submitted,                                         Reviewed by:

*Joseph Milliken*                                               *Michael J. Primeau*
Joseph Milliken                                                 Michael J. Primeau
U.S. Probation Officer Specialist                               Supervisory U.S. Probation Officer
Date Signed: June 20, 2023

RE:   Carignan, Christopher Lee 3
      0971 3:15CR00003-001 VC

THE COURT ORDERS:

☒ The Court concurs and takes judicial notice
☐ Other:

June 23, 2023
Date

Vince Chhabria
United States District Judge

NDC-SUPV-FORM 12A   4/6/2015